**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 25-6560**

—————————

RONALD KEITH SUTHERLAND, JR.,

        Plaintiff - Appellant,

    v.

JOHN SAPPER; ASHLEY HUGHES; JASON W. COHOON; SEAN DILLARD; KIMBERLY D. GRANDE; LARRY DAIL,

        Defendants - Appellees.

—————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:20-ct-03322-M)

—————————

Submitted:  June 29, 2026                       Decided:  July 9, 2026

—————————

Before DIAZ, Chief Judge, and WILKINSON and GREGORY, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Ronald Keith Sutherland, Jr., Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Ronald Keith Sutherland, Jr, seeks to appeal the district court's order denying his motion for a writ of mandamus and granting in part and denying in part Defendants' motion to dismiss.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949).  The order Sutherland seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.  Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*